EDWARD H. SELBACH, Appellant, v. HAROLD F. HALE, Respondent.— Memorandum: The record clearly discloses that the defendant was negligent and we think a finding that plaintiff was guilty of contributory negligence, if the jury so found, was against the weight of evidence. While we think the jury was justified in rejecting the plaintiff's claim that he sustained permanent injuries as the result of the accident we cannot see on what theory it found that plaintiff received no injuries. The testimony of the defendant's physician established that plaintiff sustained a sprained ankle in the accident and was unable to work for at least two or three weeks. He should have been awarded damages for the injuries he received and his loss of time. All concur, except Taylor, P. J., who dissents and votes for affirmance. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

BETTY FOLLETTE, Appellant, v. GERALD KING et al., Respondents.— Memorandum: The parties having waived a jury, the trial justice was faced with an issue of fact, the solution of which depended largely upon the credibility to be given to the various witnesses. The record discloses ample evidence upon which to sustain the finding that respondents were not guilty of negligence which was the proximate cause of appellant's injuries. We find no justification for the aspersions reflecting upon the integrity of respondents' attorney as contained in Point III of appellant's brief, and we therefore direct that it be expunged therefrom. All concur. (Appeal from a judgment adjudging plaintiff to have no cause of action and dismissing the complaint, in an automobile negligence action. One order denies motion for a new trial; the second order denies plaintiff's motion for a new trial on the ground of false testimony by a material witness and newly discovered evidence.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See 280 App. Div. 910.]

GEORGE RAPPL et al., Doing Business as RAPPL & HOENIG Co., Respondents, v. JOHN D. SMITH et al., Appellants, et al., Defendants.— Memorandum: The record discloses no basis for the finding that the sum of $3,200 was due from appellants to the general contractor at the time plaintiffs filed their lien for materials furnished said contractor. Whether such sum or any sum to which plaintiffs' lien could attach had become payable under the contract between the appellants and the general contractor presented an issue which should have been tried. All concur. (Appeal from a judgment for plaintiffs in an action to foreclose a mechanic's lien.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.